# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>One Liberty Plaza<br>165 Broadway, 32nd Floor<br>New York, NY 10006 | )<br>)<br>)<br>)<br>) | CASE NO. 1:17-cv-00563<br><br>JUDGE DAN AARON POLSTER |
| Plaintiff,<br>vs.<br><br>PREMIUM TRANSPORTATION STAFFING, INC.<br>190 Highland Drive<br>Medina, OH 44256<br><br>and<br><br>TODD T. PACKARD<br>10114 Franchester Road<br>Lodi, OH 44254<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## **ORDER**

The Court having considered the Joint Motion for Dismissal of the Parties Orders as follows:

1. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. The Parties shall bear their own attorneys' fees, expenses and costs.

Dated: 11/3/2017

_(signature)_
Judge Dan Aaron Polster
United States District Court Judge